IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| United States of America, : | |
| Plaintiff, : | Case No. 3:15cr00053 |
| vs. : | District Judge Walter Herbert Rice |
| Luis Antonio Miranda-Picado, : | Chief Magistrate Judge Sharon L. Ovington |
| Defendant. : | |

# ORDER

This matter came before the Court for hearing on May 8, 2015 before Chief United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #15). Having conducted a full colloquy with Defendant Luis Antonio Miranda-Picado, the Magistrate Judge concluded that his plea is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the comprehensive findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the United States Magistrate Judge, and finds that the Defendant Luis Antonio Miranda-Picado's guilty plea was knowing, voluntary, and

intelligent.  Defendant is FOUND guilty of the offense to which he pled – specifically, Count One of the Information, Reentry of Removed Aliens in violation of Title 8 U.S.C. §§ 1326(a)(1) and (a)(2).

                                                                                         Walter Herbert Rice
                                                                                 United States District Judge